# TRIAL COURT OFFICIALS

# REQUEST FOR EXTENTION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/28/2015 10:08:16 AM
CATHY S. LUSK
Clerk

**FAX TO CATHY S. Lusk, CLERK, 12TH COURT OF APPEALS, TYLER, AT 903-593-2193**

**Court of Appeals No. (if Known)** _12-_____-_____-_____

**Trial Court Style : STATE OF TEXAS VS SIDNEY C LYNCH**

**Trial Court & County: 7TH JUDICIAL DISTRICT COURT     SMITH COUNTY_____ Trial Court No.: 007-0443-15**

**Date Trial Clerk' Record Originally Due: 08/03/15**

**Date Court Reporter's Record Originally Due: 08/03/15**

**Anticipated Number of pages of Record: 100**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s: (Check all that apply – attach additional pages if necessary.)

☑     To the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☑     My duties listed below preclude working this record :

☑     Other, (Explain): THE APPEALS CLERK HAS BEEN OUT SICK FOR OVER 8 WEEKS AND WE ARE TRYING TO PREPARED THE FILES BUT ARE HAVING ISSUES WITH FILING

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _10/01/15 and I

Hereby request an additional _45 DAYS days within which to prepare the record. TEX. R. App.P. 37.3.

In compliance with TEX.R.App.P. 9.5(e), I certify that a copy of this notice has been served on counsel for all

Parties to the trial Court's Judgment or order being appealed.  I further certify to my signature below that the

Information contained in this notice is true and within my personal knowledge.

August 28th, 2015_ _ _ _          _ _ _ _ _ _ **/S/ MARY PYLE**
**Date**                                           **/S/ MARY PYLE**

**(903) 590-1677**
**OFFICE PHONE NUMBER**

**mpyle @smith-county.com**
**E-mail Address**                    **Official Title: DEPUTY CLERK**

Trial Clerk's/Court Reporter's Record Request for EXT/12TH CA-Cs:/Tyler/12-3-97/Rev 5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5© READS"

     *Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

     (1)  The date and manner of service.
     (2)  The name and addresses of each person served; and
     (3)  If the person served is a party's attorney, the name of the party represented by that attorney.
The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

**LEAD COUNSEL FOR APPELLANT(S) :**            **Lead Counsel for (Appellee(s)**

**Name: JAMES W. HUGGLER, JR.**            **Name: MICHAEL WEST**

**Address: 100 E. FERGUSON**            **Address : 100 N. BROADWAY, 4TH FLOOR**

     **TYLER, TEXAS 75702**               **TYLER, TEXAS 75702**

**Phone no: 903/593-2400**            **Phone no: 903/ 590-1724**

**Attorney for : SIDNEY LYNCH**            **Attorney for: _STATE**

**Bar NO:_00795437**                **Bar Number: 21203300**

**Lead Counsel for (APPELLANT (S):**         **Lead Counsel for APPELLEE(S):**

**Name**                              **Name:**

**Address:**                       **Address:**

**Phone no:**                     **Phone no:**

**Attorney for:**                  **Attorney for :**

**Bar NO.**                       **Bar No.**

**Additional Information if any:**